A. Sidney Davison Coal Company, Inc., Appellant, v. Weston, Dodson & Company, Inc., Respondent.

*Contract — sale — Statute of Frauds — when evidence of alleged oral extension of time for delivery should be excluded.*

Davison Coal Co., Inc., v. Weston, Dodson & Co., Inc., 209 App. Div. 514, affirmed.

(Argued June 11, 1925; decided July 15, 1925.)

Appeal from a judgment, entered June 27, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of pla ntiff upon its second cause of action, entered upon a verdict and directing a dismissal of the complaint as to said cause of action which arose out of a contract, confirmed in writing, whereby the plaintiff sold to the defendant 10,000 tons of coal to be delivered at a specified rate per day beginning at once. The complaint alleged that after part of the coal had been delivered and paid for, it was agreed by and between the plaintiff and the defendant that the time for the delivery of the balance of said coal, to wit, 3,109 tons, was to be extended to December 1st, 1920, at which time it was duly tendered by the plaintiff and refused by the defendant. The answer denied the alleged extension and pleaded the Statute of Frauds. The Appellate Division held that evidence of the alleged oral extension of time to perform should have been excluded, and for failure to show performance within the written contract time the complaint should have been dismissed.

*Leander I. Shelley, Harold R. Medina* and *Jacob M. Krane* for appellant.

*Chauncey Belknap* and *T. T. Cooke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., McLaughlin, Crane, Andrews and Lehman, JJ. Dissenting: Cardozo, J. Absent: Pound, J.

45